# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALARM.COM INCORPORATED and <br><br> ALARM.COM HOLDINGS, INC., <br><br> Defendants. | Case No. 6:20-cv-00076 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff EcoFactor, Inc. hereby dismisses the Complaint against Defendants without prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: May 26, 2020                    Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
Marc A. Fenster
Paul A. Kroeger
C. Jay Chung
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: 310-826-7474
Fax: 310-826-6991
rmirzaie@raklaw.com
mfenster@raklaw.com
prkoeger@raklaw.com
jchung@raklaw.com

***Attorneys for Plaintiff EcoFactor, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via electronic service on May 26, 2020.

/s/ *Reza Mirzaie*